FEBRUARY 11, 1958

Reap. Dec. 9073.—

*Glanson Co.* v. *United States.* Entered at New York, N. Y. Reap. Dec. 9047. Motion by plaintiff.